August 3, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

### TIFFANY FALKENHAGEN THOMPSON, Appellant

NO. 14-16-00154-CV                          V.

### GEICO INSURANCE AGENCY, INC. D/B/A GEICO SECURE INSURANCE COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Geico Insurance Agency, Inc. d/b/a Geico Secure Insurance Company, signed, February 18, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Tiffany Falkenhagen Thompson, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.